IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANNON DAVIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL CREDIT SYSTEMS, Inc.;<br><br>　　　　　Defendant. | 4:12CV3147<br><br>**MEMORANDUM AND ORDER** |

A Motion for Summary Judgment ((Filing No. 16) is pending.

Accordingly.

IT IS ORDERED:

1)　The pretrial conference set for July 30, 2013 at 10:00 a.m. and the jury trial set for August 13, 2013 at 9:00 a.m., are continued pending further order of the court.

2)　The parties shall contact my chambers no more ten (10) days after the pending motion is ruled upon to discuss possible progression of this case.

Dated this 24th day of July, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge