IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHANNON DAVIS,

          Plaintiff,

vs.

NATIONAL CREDIT SYSTEMS, Inc.;

          Defendant.

4:12CV3147

**MEMORANDUM AND ORDER**

After conferring with the parties,

IT IS ORDERED:

1) The defendant's anticipated motion to re-open the court's consideration of the prior summary judgment ruling shall be filed on or before March 3, 2014.

2) The plaintiff's response shall be filed on or before March 17, 2014.

3) No reply shall be filed absent leave of the court for good cause shown.

February 3, 2014.

          BY THE COURT:

          *s/ Cheryl R. Zwart*
          United States Magistrate Judge